# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KIRCHNER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BITER, et al.,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-00516-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(ECF No. 13) |

Plaintiff Kristopher Kirchner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 2, 2018, Chief District Judge O'Neill issued an order reassigning this action from Magistrate Judge Oberto to the undersigned for all further proceedings. (ECF No. 9.) That order further stated that the new case number for this action would be 1:18-CV-00516-BAM. (Id.)

On May 3, 2018, Plaintiff declined jurisdiction of a United States Magistrate Judge and requested reassignment of this action to a United States District Judge. (ECF No. 10.) Pursuant to that filing, on May 4, 2018, the Clerk of the Court issued a notice that this case had been assigned to District Judge Ishii and Magistrate Judge Oberto. (ECF No. 11.) On May 7, 2018, the Clerk of the Court issued a second notice that the May 4, 2018 had been issued in error, and this case had been assigned to District Judge Ishii and the undersigned. (ECF No. 12.)

///

1

On May 15, 2018, Plaintiff filed the instant motion for clarification regarding the recent reassignment order and notices. (ECF No. 13.) It appears that Plaintiff received the May 3, 2018 order and May 4, 2018 notice, but had not yet received the May 7, 2018 notice. Plaintiff requests clarification regarding the proper case number for this action.

Plaintiff's request for clarification is GRANTED. This action has been assigned to District Judge Anthony W. Ishii and Magistrate Judge Barbara A. McAuliffe. The correct case number is 1:18-cv-00516-AWI-BAM (PC).

IT IS SO ORDERED.

Dated: **May 16, 2018**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE