# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KIRCHNER,<br><br>              Plaintiff,<br><br>    v.<br><br>BITER, *et al.*,<br><br>              Defendants. | Case No.  1:18-cv-00516-AWI-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 31)<br><br>**Responsive Pleading Due: March 18, 2021** |

Plaintiff Kristopher Kirchner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint for Fourteenth Amendment due process claims against Defendants Henderson, Harden, Diaz, and Perez arising from Plaintiff's disciplinary proceedings.

On December 16, 2020, the Court ordered electronic service on all Defendants and directed the California Department of Corrections and Rehabilitation ("CDCR") to file a Notice of E-Service Waiver advising the Court which defendant(s) would be waiving service of process without the need for personal service.  (ECF No. 23.)  That order also required the California Office of the Attorney General ("OAG") to file, within 30 days from the filing of the Notice of E-Service Waiver, a separate waiver of service of process for any defendant waiving service under Federal Rule of Civil Procedure 4(d)(1).  (Id.)  CDCR returned the Notice of E-Service Waiver indicating that Defendants Henderson, Harden, and Diaz intend to waive service on December 16, 2020.[1]  (ECF No. 25.)  Following an extension of time, executed waivers of service were filed for Defendants Henderson, Harden, and Diaz on January 29, 2021.  (ECF No. 30.)  Pursuant to the Court's December 16, 2020, order finding service of complaint appropriate and directing

---

[1] CDCR returned a Notice of E-Service Waiver indicating that Defendant Perez did not intend to waive service on December 16, 2020.  (ECF No. 26.)

1

electronic service, Defendants Henderson, Harden, and Diaz's answers or other responsive pleadings were therefore due on or before February 16, 2021.  (See ECF No. 23.)

      Currently before the Court is Defendants Henderson, Harden, and Diaz's request for extension of time to file a response to Plaintiff's complaint, filed February 11, 2021.  (ECF No. 31.)  Plaintiff has not had the opportunity to respond to the motion, but the Court finds no need for a response.  The motion is deemed submitted.  Local Rule 203(l).

      In support of the motion, counsel for Defendants declares that since being assigned to the matter, counsel has reviewed Plaintiff's operative complaint, the screening order, the history of this litigation, and has begun reviewing documents relevant to Plaintiff's claims.  However, counsel requires time to review additional documents and conduct research to determine an appropriate response to the complaint, and to discuss Plaintiff's complaint with the represented Defendants.  In addition, counsel is assigned to another matter with depositions currently scheduled, impacting the time available to respond to this matter.  Defendants therefore request a thirty-day extension of time until March 18, 2021 to respond to the first amended complaint.  (Id.)

      The Court, having considered the request, finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6(b).  The Court further finds that Plaintiff will not be prejudiced by the requested extension.

      Accordingly, it is HEREBY ORDERED as follows:

1. Defendants' request for an extension of time to answer the first amended complaint, (ECF No. 31), is GRANTED; and
2. Defendants Henderson, Harden, and Diaz shall file and serve a response to Plaintiff's first amended complaint on or before **March 18, 2021**.

IT IS SO ORDERED.

    Dated:   **February 16, 2021**          /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE